UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCENE MCCLOUD,<br>    Plaintiff,<br>v.<br>HSBC BANK USA NA,<br>    Defendants. | Civil Action File No.<br>1:12-CV-3301-ODE-ECS |

## MOTION TO STRIKE AMENDED COMPLAINT

COMES NOW HSBC Bank USA, N.A. ("HSBC"), by through its undersigned counsel, moves to strike Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 15(a), because Plaintiff filed the Amended Complaint after time had expired for her to amend as a matter of right under Fed. R. Civ. P. 15(a)(1) and Plaintiff did not obtain consent of HSBC or leave of this Court under Fed. R. Civ. P. 15(a)(2). In support of this motion, HSBC relies its brief attached hereto and the record of this case.

{*Signatures on the following page*}

This 14th day of February, 2013.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>Suite 1600, Monarch Plaza<br>3414 Peachtree Rd. NE<br>Atlanta, Georgia 30326<br>Phone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>lfinley@bakerdonelson.com<br>jegreen@bakerdonelson.com<br>jbuller@bakerdonelson.com | s/Jonathan E. Green<br>Linda S. Finley<br>Georgia Bar No. 261515<br>Jonathan E. Green<br>Georgia Bar No. 307053<br>Joseph R. Buller, III<br>Georgia Bar No. 274081<br>*Attorney for HSBC* |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all Parties in the foregoing matter with a copy of **MOTION TO STRIKE AMENDED COMPLAINT** has been served upon all Parties via CM/ECF System which will automatically send notification of filing and/or via U.S. Mail with sufficient postage thereon to ensure delivery to:

Francene McCloud
82 Adams Chapel Rd.
Cartersville, Georgia  30120
(via U.S. Mail)


This 14th day of February, 2013.


| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | s/Jonathan E. Green |
| Suite 1600, Monarch Plaza | Jonathan E. Green |
| 3414 Peachtree Rd. NE | Georgia Bar No. 307053 |
| Atlanta, Georgia 30326 | *Attorney for HSBC* |
| Phone: 404-577 6000 | |
| Fax: 404-221-6501 | |
| jegreen@bakerdonelson.com | |