IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCENE McCLOUD | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| HSBC BANK USA, NA | ) FILE NO. 1:12-CV-3301 |
| Defendant. | ) |

## NOTICE OF BANKRUPTCY FILING

COMES NOW, Plaintiff FRANCENE McCLOUD, through her undersigned bankruptcy counsel and hereby notifies this Court that Plaintiff is entitled to a stay on the above-referenced civil matter as of December 26, 2013, because she has commenced a Chapter 7 Bankruptcy Filing in the Northern District of Georgia, Rome Division, under case number 13-43607-pwb. This document is being filed for informational purposes only, and does not constitute an entry of appearance by the undersigned on the above-styled matter.

WHEREFORE, the Plaintiff FRANCENE McCLOUD, hereby notifies this Court of her Chapter 7 bankruptcy filing and prays that the above matter will be stayed from the date of the bankruptcy filing, December 26, 2013 until the bankruptcy case is concluded.

Respectfully Submitted this 29th day of JAN, 2014.

**Ameen & Assoc., P.C**
8333 C7 Office Park Dr.
Douglasville, GA 3013
404.784.9323 (main)
770.234.5176(facsimile)

E. Ameen, Esq.
Counsel for Debtor Francene McCloud (Bankruptcy Filing Only)
Georgia Bar #015920

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FRANCENE McCLOUD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| HSBC BANK USA, NA | ) | FILE NO. 1:12-CV-3301 |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties and counsels of record, with a true and accurate copy of the within and foregoing:

## NOTICE OF BANKRUPTCY FILING

via U.S. mail properly addressed and with adequate postage affixed as follows:

Joseph Richard Buller, III
Baker Donelson, *et al* (for HSBC Bank)
Suite 1600, Monarch Plaza
3414 Peachtree St., N.E.
Atlanta, GA 30309

Baker Donelson, *et al* (for HSBC Bank)
Suite 1600, Monarch Plaza
3414 Peachtree St., N.E.
Atlanta, GA 30326

Jonathan Evan Green, Esq.
Baker Donelson, *et al* (for HSBC Bank)
Suite 1600, Monarch Plaza
3414 Peachtree St., N.E.
Atlanta, GA 30326

1

Stephen H. Robinson, Esq.
The Law Offices of Stephen H. Robinson, LLC
Suite 2200
260 Peachtree St.
Atlanta, GA 30303

Respectfully Submitted this 29th day of JAN 2014.

**Ameen & Assoc., P.C**
8333 C7 Office Park Dr.
Douglasville, GA 3013
404.784.9323 (main)
770.234.5176(facsimile)

E. Ameen, Esq.
Counsel for Debtor Francene McCloud (Bankruptcy Filing Only)
Georgia Bar #015920